UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)    3:12-md-02385-DRH-SCW<br><br>MDL No. 2385 |

**This Document Relates To:**

The **Member Actions** Subject to the NOTICE of Settlement of Stipulation of Dismissal with Prejudice of Settled Actions **(MDL 2385 Doc. 647)** and Identified in Exhibit 1 Attached Thereto **(MDL 2385 Doc. 647-1)**

## JUDGMENT IN A CIVIL CASE

HERNDON, U.S. District Judge:

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on April 23, 2015(MDL 2385 Doc. 647), the member actions identified in Exhibit 1 to the parties' Stipulation of Dismissal (Doc. 647-1) are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

                                        **BY:**    /s/*Caitlin Fischer*
                                                  **Deputy Clerk**

Dated: May 1, 2015

Digitally signed by David R. Herndon
Date: 2015.05.01 10:48:39 -05'00'

APPROVED:
       U.S. DISTRICT JUDGE
       U. S. DISTRICT COURT